UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,       **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-                        -CR-    ( ) ( )

Neil Whyte

                                      Defendant(s).
-------------------------------------------------------------------X

Defendant ____Neil Whyte _____ hereby voluntarily consents to participate in the following proceeding via  X videoconferencing or X teleconferencing:

X      Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____ Tamara Giwa for Neil Whyte        _____
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Neil Whyte_____          Tamara Giwa_____
Print Defendant's Name                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 January 14, 2021                          _____
Date                                       U.S. District Judge/U.S. Magistrate Judge